IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAFEWAY INSURANCE COMPANY OF ALABAMA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION 17-0388-CG-MU |
| UNITED STATES POSTAL SERVICE, and ANGELA RILEY, | ) ) ) | |
| Defendants. | ) | |

## ORDER

This cause is before the Court on the Plaintiff's Motion to Dismiss (Doc. 9), in which the Plaintiff requests that this action be dismissed without prejudice with leave to reinstate the case in the event Plaintiff's SF95 claim pending before the United States Postal Service is denied.

Because a voluntary dismissal of a federal tort claim may in fact be a decision on the merits if requested by the Plaintiff, the Court will construe the Plaintiff's motion to be a request to stay case.

Upon due consideration, the motion to stay is **GRANTED**. Accordingly, all proceedings in this matter are **STAYED**. The Clerk of Court is directed to place this case on the Court's administrative docket; however, the Court retains jurisdiction. The Plaintiff is **ORDERED** to notify the Court within thirty (30) days of action by the Postal Service on its SF95 claim.

**DONE** and **ORDERED** this the 19th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE